**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

NARDIA WRIGHT
SSAN: XXX-XX-9064

Case No. 15-31534-DHW
Chapter 13

_____ Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Tuesday, June 9, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, July 9, 2015.

(**X**) The debtors' plan fails to meet the best interest of creditors test as discussed at the 341.

(X) Debtor(s) proposes to pay for two vehicles through the Plan and nothing for the benefit of the unsecured creditors.
(X) The 2004 Chevrolet Impala is inoperable.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Thursday, July 30, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ _Tina J. Hayes_ _____

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Thursday, 30 July, 2015.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/ *Tina J. Hayes*
Tina J. Hayes