UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: NARDIA WRIGHT
448 BRIDLEBROOK BLVD
PIKE ROAD, AL 36064

CASE NO: 15-31534-DHW

Soc. Sec. No. XXX-XX-9064
Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: PANERA BREAD
ATTN PAYROLL
3630 S GEYER RD
SUNSET HILL, MT 00000

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that PANERA BREAD withhold from the wages, earnings, or other income of this debtor the sum of **$212.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**15-31534-DHW NARDIA WRIGHT**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, August 17, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge